

# NUMBER 13-22-00085-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF J.M.B., R.P.B. III, I.V.B., CHILDREN

---

**On appeal from the 214th District Court
of Nueces County, Texas.**

---

# ORDER OF ABATEMENT

**Before Justices Benavides, Hinojosa, and Silva
Order Per Curiam**

This cause is before the Court on its own motion. On July 14, 2022, the Court received a court reporter's request for extension indicating that appellant has failed to request a reporter's record and has not made arrangements for paying for the record. On July 15, 2022, the Clerk of the Court sent notice to appellant of that defect. On August 2, 2022, we received appellant's response indicating the reporter's record has been requested and declarations of inability to pay filed with the trial court. The clerk's record confirms appellant submitted a request for reporter's record and declaration of inability to

pay to the trial court.

We now abate this appeal and remand the cause to the trial court for further proceedings. Upon remand, the trial court shall immediately cause notice of a hearing to be given and, thereafter, conduct a hearing to determine the following:

1. Whether appellant is indigent;

2. Whether appellant is entitled to a free appellate record due to indigency; and

3. Whether appellant has been provided a complete copy of the appellate record.

If the trial court determines that appellant is indigent and entitled to a free appellate record, the trial court shall make any orders necessary to ensure appellant has the opportunity to fully examine the appellate record.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration thirty days from the date of this order.

PER CURIAM

Delivered and filed on the
18th day of August, 2022.